UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ANGEL COLON, NORMAN E. CASIANO-MOJICA, FRANCHESSKA MERCADO, JEANETTE MCCOY, CESAR RODRIGUEZ, COREY RIVERA, ROSAMARIA FEBO, DAVID JOURDENAIS, EMILY ANN PORTALATIN, RODNEY SUMTER, ADRIAN LOPEZ, JAVIER NAVA, LEONEL MELENDEZ, JOAQUIN ROJAS, KALIESHA ANDINO, CARLOS MUNIZ, JUAN J. CUFINO-RODRIGUEZ, IVAN DOMINGUEZ, CASSANDRA MARQUEZ, GEOFFREY RODRIGUEZ, DONALD BROWN, JOSE DIAZ, JAMMY VALENTIN FERNANDEZ, CARLOS J. PEREZ ANGLERO, DEMETRIUS POLANCO, MIGUEL VEGA, CARMEN N CAPO-QUINONES, CORY RICHARDS, JONATHAN L. GARCIA, OLGA MARIA DISLA, NATHAN OROZCO, BETTIE LINDSEY, NEREDIA RIBOT, YVENS CARRENARD, SONIA N CEDENO, KADIM RAMOS, MERCEDES GARCIA, SANDY ROBERTS, MERCEDES A. MCQUERY, JAVIER ANTONETTI, KEINON CARTER, MARISSA DELGADO, MAVELYN MERCED, JUAN ANTONETTI, ROLANDO J RODRIGUEZ, CHRISTIAN ORIZ-CARDONA, YORVIS JOSE CAMARGO-ROMERO, JOSEPH NEGRON, CHRISTOPHER HANSEN, NELSON RODRIGUEZ, ROBERTO TEXIDOR-CARRASQUILLO, CHRISS MICHAEL WEST, JACOBI CEBALLO, MICHAEL GONZALEZ, MARITZA GOMEZ, MOHAMMED S ISLAM, FRANCISCO G. PABON GARCIA, BERNICE DEJESUS VALAZQUEZ,**

**ISMAIL MEDINA MORALES, EDWIN
RIVERA ALVAREZ, JOSE PACHECO
and LIZMARYEE FINOL VILORIA,**

        **Plaintiffs,**

v.                                                                                    **Case No:  6:18-cv-515-Orl-41GJK**

**TWITTER, INC., GOOGLE, LLC and
FACEBOOK, INC.,**

        **Defendants.**
_____/

### ORDER

THIS CAUSE is before the Court upon *sua sponte* review of the file. The Court issued an Order (Doc. 101) granting Attorney Lauren Gallo White's Motion to Appear *Pro Hac Vice* (Doc. 98) and requiring participation in the Middle District of Florida's electronic filing system. Attorney White failed to comply.

It is therefore **ORDERED** that Attorney Lauren Gallo White **SHOW CAUSE** on or before December 11, 2019, as to why sanctions should not be imposed for a failure to comply.

**DONE** and **ORDERED** in Orlando, Florida on December 4, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record